UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
MARC BERLEY, Individually and                                 :
Derivatively on Behalf of Walter & Samuels,                   :
Incorporated,                                                 :
                                                              :     1:23-cv-10563 (PAC)
              *Plaintiff*,                                    :
                                                              :
     -against-                                                :     **ORDER**
                                                              :
WILLIAM HESSE and LESLIE CROFT                                :
                                                              :
              *Defendant.*                                    :
                                                              :
-------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court writes to memorialize its oral ORDER given at the pre-trial conference held on January 4, 2023. This matter is referred to United State Magistrate Judge Stewart D. Aaron for general pretrial needs (including scheduling, discovery, non-dispositive pretrial motions, and settlement) and for Report and Recommendation for any dispositive motions, including any motions to dismiss.

Dated: New York, New York
       January 5, 2024

SO ORDERED

_/s/ Paul Crotty_

HONORABLE PAUL A. CROTTY
United States District Judge