UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC BERLEY, Individually and Derivatively on Behalf of Walter & Samuels, Inc.<br><br>　　　　　　　　　Plaintiff,<br><br>　-against-<br><br>WILLIAM HESSE and LESLIE CROFT,<br><br>　　　　　　　　　Defendants. | 23-CV-10563 (PAC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　On February 1, 2024, Plaintiff filed his Second Amended Complaint ("SAC") (ECF 14). The filing of the SAC was neither authorized nor contemplated by the existing scheduling order. (*See* ECF 13.) Accordingly, I am scheduling this action for a telephonic status conference on **Wednesday, February 7, 2024 at 9:30 AM**. Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 940 267 234 #.**

　　Plaintiff should be prepared to discuss its basis under the Federal Rules for filing its SAC; Defendants should be prepared to discuss their position on the filing of the SAC, and their intended response to that pleading if the Court permits its filing.

DATED:　　New York, New York
　　　　　　February 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge