UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC BERLEY, Derivatively on Behalf of Walter & Samuels, Inc.,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM HESSE and LESLIE CROFT,<br><br>Defendants. | 23-CV-10563 (PAC) (RFT)<br><br>**CORRECTED ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 1, 2024, Plaintiff filed his Second Amended Complaint ("SAC") (ECF 14). The filing of the SAC was neither authorized nor contemplated by the existing scheduling order. (*See* ECF 13.) I scheduled and held a conference with the parties on February 7, 2024. At the conference, Defendants consented to the SAC and stated their intention, in light of a related arbitration proceeding, to make an application to stay discovery in this action.

Accordingly, it is ORDERED that the SAC is deemed to be the operative complaint. The briefing schedule for Defendants' anticipated motion to dismiss the SAC is as follows: Defendants' motion is due by **March 19, 2024**, Plaintiff's opposition is due by **April 23, 2024**, and Defendants' reply is due by **May 8, 2024**.

Additionally, it is ORDERED that Defendants' anticipation letter motion to stay discovery is due by **February 12, 2024**, and Plaintiff's opposition is due by **February 20, 2024**.

DATED:    February 7, 2024
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge